UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CITIZENS ALLIED FOR INTEGRITY AND ACCOUNTABILITY, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS M. SCHULTZ, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-00264-BLW <br><br> JUDGMENT |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered, and that this be closed.

DATED: August 13, 2018

B. Lynn Winmill
Chief U.S. District Court Judge